IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CURTIS TODD FOOSE,** | : | |
| Petitioner | : | |
| | : | No. 1:18-cv-01176 |
| v. | : | |
| | : | (Judge Kane) |
| **VINCENT MOONEY,** | : | |
| Respondent | : | |

# ORDER

**AND NOW**, on this 28th day of November 2018, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner Curtis Todd Foose's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (Doc. No. 1), is **DISMISSED** as time-barred by the statute of limitations. See 28 U.S.C. § 2244(d);

2. A certificate of appealability shall not issue in the above-captioned case. See 28 U.S.C. § 2253(c)(2); and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania